MEMO ENDORSED

July 18, 2024

VIA ELECTRONIC COURT FILING

Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *Morales, et al. v. SportsEngine, Inc.*, No. 24-cv-2971 (JGLC)

Dear Judge Clarke:

We write jointly on behalf of Plaintiffs Christine Morales, Vanessa Williams, and Carly Charalambou ("Plaintiffs") and Defendant SportsEngine, Inc. ("SportsEngine" or "Defendant") in the above-captioned action.

Pursuant to Rules 2(a) and 2(e) of Your Honor's Individual Practices in Civil Cases, we write to respectfully request that a schedule be set for responding to Plaintiffs' forthcoming amended complaint, currently due July 24, 2024, and to adjourn the July 30, 2024 Initial Pretrial Conference as set forth below.

Pursuant to Rule 4(e) of Your Honor's Individual Practices, Plaintiffs have noticed their intent to file an amended complaint by July 24, 2024. *See* Notice to File Amended Complaint (ECF No. 20). Plaintiffs are seeking an extension of that deadline, and, in light of the forthcoming amendment and the upcoming Initial Pretrial Conference, the parties propose the following modified schedule related to Plaintiffs' forthcoming amended complaint and the Initial Pretrial Conference, as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiffs' Amended Complaint | July 24, 2024 | August 23, 2024 |
| Defendant's Response to Plaintiffs' Amended Complaint (*see* Rule 4(e) of Your Honor's Individual Practices) | August 14, 2024 | September 27, 2024 |
| Plaintiffs' Notice of Intent to Proceed or Amend (assuming Rule 12 Motion; *see* Rule 4(e) of Your Honor's Individual Practices) | August 26, 2024 | October 7, 2024 |

---

Application GRANTED. The deadlines for Plaintiffs' amended complaint and the parties' motion to dismiss briefing are ADOPTED as set forth below. In light of Plaintiffs' forthcoming amended complaint, the motion to dismiss at ECF No. 18 is denied as moot. The initial pretrial conference scheduled for July 30, 2024 is ADJOURNED *sine die*. The Clerk of Court is directed to terminate ECF Nos. 18 and 21.

Dated: July 19, 2024
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Honorable Jessica G. L. Clarke
July 18, 2024
Page 2

| Plaintiffs' Opposition (assuming Rule 12 Motion) | August 28, 2024 | November 1, 2024 |
|---|---|---|
| Defendant's Reply (assuming Rule 12 Motion) | September 4, 2024 | December 6, 2024 |
| Initial Pretrial Conference Submission | July 23, 2024 | One week before Initial Pretrial Conference |
| Initial Pretrial Conference | July 30, 2024 | To be vacated and reset for 30 days after the filing of the Answer to the amended complaint or the Court's Order on Defendant's Rule 12 Motion |

This is the parties' first request to continue the Initial Pretrial Conference and Plaintiff's first request to extend their deadline to file a complaint. The Court previously granted SportsEngine's request to extend its deadline to respond to the initial complaint, to which Plaintiffs consented.

The reasons for the requests herein are to allow the parties adequate time to plead and brief the issues in an appropriately detailed manner and to continue the Initial Pretrial Conference until such time that the case is at issue. The parties agree that judicial economy is served by a continuance of the Initial Pretrial Conference and that it would be premature to hold the Initial Pretrial Conference on July 30, 2024, as currently scheduled.

Thank you for your consideration of this request.

/s/ Michael R. Reese
Michael R. Reese
100 West 93rd Street, 16th Floor
New York, New York 10025
Tel: (212) 643-0500
mreese@reesellp.com

Jeffrey D. Kaliel
KALIELGOLD PLLC
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Tel: (202) 350-4783

/s/ Hyongsoon Kim
Hyongsoon Kim
Marshall L. Baker
AKIN GUMP STRAUSS HAUER & FELD LLP
1999 Avenue of the Stars
Suite 600
Los Angeles, CA 90067

Honorable Jessica G. L. Clarke
July 18, 2024
Page 3

jkaliel@kalielpllc.com
Sophia Goren Gold
KALIELGOLD PLLC
950 Gilman Street, Suite 200
Berkeley, CA 94710
Tel: (202) 350-4783
sgold@kalielgold.com

Stephanie Lindemuth
AKIN GUMP STRAUSS HAUER & FELD
LLP
One Bryant Park
New York, NY 10036
slindemuth@akingump.com

*Plaintiffs' Counsel*                    *Defendant's Counsel*