**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CHRISTINE MORALES, et al.,

                Plaintiffs,

-against-                                    24 **CIVIL** 2971 (JGLC)

**JUDGMENT**

SPORTSENGINE, INC.,

                Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 16, 2025, Plaintiffs' statutory claims under California and Arkansas law are dismissed because the parties' choice of law provision dictates that all claims are governed by New York law. Because the Court dismisses Plaintiffs' claim under the Arkansas Deceptive Trade Practices Act, it denies Defendant's motion to strike as moot. Additionally, because the Court dismisses Plaintiffs' remaining claims, Plaintiffs' request for injunctive relief is moot; accordingly, the case is closed.

**Dated:**  New York, New York

        September 17, 2025

                                                    **TAMMI M. HELLWIG**

                                                       **Clerk of Court**

                      **BY:**

                                                       **Deputy Clerk**